AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    5:24-cv-00141-RH-MFJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **PEACE FROGS OF THE EMERALD COAST LLC**
was recieved by me on **7/15/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Serve the Manager**, who is designated by law to accept service of process on behalf of **PEACE FROGS OF THE EMERALD COAST LLC** at **4900 Thomas Drive, panama city, FL 32408** on **07/16/2024 at 9:33 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  07/16/2024

*Server's signature*

**David Randall**
*Printed name and title*

**433 Harrison Ave**
**Panama City, FL 32401**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Brianna Dubie who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**




Tracking #: **0137897939**